AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | CALIFORNIA |

UNITED STATES OF AMERICA

    v.

MICHAEL CURTIS KOZY, ET. AL

**APPEARANCE**

Case Number:  07MJ8873-02

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    ELIZABETH ANN LYONS-HINES

    I certify that I am admitted to practice in this court.

| | |
|---|---|
| 10/30/2007 | /s/ JOSEPH McMULLEN |
| Date | Signature |
| | Joseph McMullen / Federal Defenders of SD — 246757 |
| | Print Name — Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City   State   Zip Code |
| | (619) 234-8467   (619) 687-2666 |
| | Phone Number   Fax Number |

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: October 30, 2007              /s/ Joseph McMullen
                                     JOSEPH McMULLEN
                                     Federal Defenders of San Diego, Inc.
                                     225 Broadway, Suite 900
                                     San Diego, CA 92101-5030
                                     (619) 234-8467  (tel)
                                     (619) 687-2666  (fax)
                                     e-mail: Joseph_McMullen@fd.org